IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN B. MELLINGER, | : |
| Plaintiff, | : CIVIL ACTION NO. 15-1512 |
| v. | : |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 23rd day of September, 2015, it having been reported that the parties have settled the above-captioned action, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs.

BY THE COURT:

By: */s/ Shana Restucci*
Shana Restucci, Civil Deputy Clerk
The Honorable Edward G. Smith
Shana_Restucci@paed.uscourts.gov